United States District Court
for the District of New Jersey

_____         :
                                                    :
**MUTUAL MARINE OFFICE**                            :
                                                    :    Civil No. 09-113
             Plaintiff                              :
                                                    :    Order of Reassignment
**EXPEDITORS INTERNATIONAL, ET AL.**                :
                                                    :
             Defendant                              :
_____         :


It is on this 30th day of April 2009,

O R D E R E D that the entitled action is reassigned

from Judge Faith S. Hochberg to Judge Peter G. Sheridan


                                           S/Garrett E. Brown, Jr.
                                     Garrett E. Brown, Jr., Chief Judge
                                     United States District Court