# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

Mutual Marine Office, Inc.,          CIVIL 09-113 (PGS)
as subrogee of Mothers Work, Inc.,
    V.

Expeditors International of            O R D E R
Washington, Inc., et al

It appearing that proceedings in the above matter have been stayed,

It is on this 15th day of June 2009,

ORDERED that the Clerk administratively terminate the action in his records, without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

                           _____
                           PETER G. SHERIDAN, U.S.D.J.